# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GARY CLARK** | ) ) ) ) | **8:07CV166** |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) ) ) | **ORDER** |
| **DENNIS BAKEWELL, et. al.** | ) ) ) | |
| Defendants. | ) ) | |

    This matter is before the court on filing no. 2, the Application for Leave to Proceed In Forma Pauperis ("IFP") filed by the petitioner, Gary Clark. Upon review of the petition and the petitioner's trust account information, I conclude that the petitioner's claims are not frivolous and he qualifies financially to proceed IFP.  Therefore, filing no. 2 is granted.

    SO ORDERED.

    DATED this 4th day of June, 2007.

                                  BY THE COURT:

                                  s/ F. A. GOSSETT
                                  United States Magistrate Judge