IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV166 |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS BAKEWELL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff filed a petition for writ of habeas corpus and motion for leave to proceed in forma pauperis on April 23, 2007. Filing Nos. 1 & 2. At the time he filed his petition, the petitioner was incarcerated at the Nebraska State Penitentiary in Lincoln, Nebraska. The respondent has filed notice stating the petitioner was discharged from his custody on September 24, 2007. Filing No. 13. The petitioner has not, to date, advised the court of his new address. See NeGenR 1.3(e). This case cannot be prosecuted if the petitioner's whereabouts remain unknown.

IT IS ORDERED:

1. The petitioner is given until November 12, 2007 to apprise the court of his current address, in the absence of which this case will be dismissed for failing to maintain a current address with the court and for want of prosecution.

2. The Clerk of the court directed to set a pro se case management deadline in this case using the following text: November 12, 2007: show cause deadline for failing to maintain a current address with the court.

DATED this 16th day of October, 2007.

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge