IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY CLARK, | ) | 8:07CV166 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENNIS BAKEWELL, | ) | |
| | ) | |
| Respondent. | ) | |

  This matter is before the court on Respondent's Motion to Withdraw Document. (Filing No. 30.) Plaintiff filed a Motion for Summary Judgment and Brief in Support (filing nos. 26 and 27) on the same day that the court dismissed this matter for the reasons stated in the Motion for Summary Judgment. (Filing Nos. 28 and 29.) Therefore, Respondent's Motion for Summary Judgment is moot and the court will allow its withdrawal.

  IT IS THEREFORE ORDERED that Respondent's Motion to Withdraw Document (filing no. 30) is granted.

  Dated April 28, 2008.

            BY THE COURT

            s/ Warren K. Urbom
            United States Senior District Judge